IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISH M SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PROCTER AND GAMBLE CO.,<br><br>　　　　Defendant.<br>_____/ | No. C -12-00557 EDL<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND SETTING CASE MANAGEMENT CONFERENCE** |

On October 16, 2012, the Court issued an Order to Show Cause, ordering Plaintiff to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction pursuant to the Class Action Fairness Act ("CAFA"), Pub.L. No. 109-2, 119 Stat. 4 (2005). On October 22, 2012, Plaintiff filed a timely response to the Order to Show Cause and an amended complaint deleting references to CAFA and basing subject matter jurisdiction on 28 U.S.C. § 1332. Because CAFA is no longer an issue in this case, the Court vacates the Order to Show Cause hearing. A case management conference is scheduled on December 4, 2012 at 10:00 a.m. in Courtroom E, 15th Floor at 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management conference no later than November 27, 2012.

　　　IT IS SO ORDERED.

Dated: October 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge