Lara T. Kollios (State Bar No. 235395)
lkollios@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Hugh R. Whiting (admission *pro hac vice*)
hrwhiting@jonesday.com
Kevin D. Boyce (admission *pro hac vice*)
kdboyce@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:    (216) 586-3939
Facsimile:    (216) 579-0212

Attorneys for Defendant
THE PROCTER & GAMBLE CO.

Benjamin M. Lopatin (State Bar No. 281730)
THE LAW OFFICES OF
HOWARD W. RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone:    (800) 436-6437
Facsimile:    (415) 692-6607

Attorneys for Plaintiff
CHERISH M. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISH M. SMITH, as an individual, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE CO., a Ohio corporation doing business as CREST,<br><br>Defendant. | **Case No. 3:12-cv-00557-EDL**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER POSTPONING CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-1(b), all parties to this action, through their duly authorized undersigned counsel, stipulate and request as follows:

WHEREAS, pursuant to Plaintiff Cherish M. Smith ("Plaintiff") and Defendant The Procter & Gamble Company's ("Defendant") joint stipulation, the Court scheduled a case management conference for January 15, 2013, at 10:00 a.m. and ordered the parties to file a joint

1  case management statement no later than January 8, 2013 (Doc. 37);

2      WHEREAS, currently, there are five separate lawsuits (including the above-captioned

3  matter) now pending in five different courts, all asserting similar claims based on allegations

4  about marketing Crest Sensitivity Treatment & Protection toothpaste—the other four cases are:

5  - *Rossi v. The Procter & Gamble Company*, D.N.J., Case No. 2:11-cv-07238-JLL-MAH;

6  - *Gilbert v. The Procter & Gamble Company*, S.D. Ohio, Case No. 1:12-cv-00040-TSB;

7  - *Immerman v. The Procter & Gamble Company, et al.*, Case No. 12-cv-779534 (Cuyahoga

8     Cty. C.P.); and

9  - *Alvandi v. The Procter & Gamble Distributing, LLC*, Case No. BC486938 (Cal. Super.);

10      WHEREAS, settlement discussions are currently taking place to resolve all five cases;

11      WHEREAS, based on these settlement discussions, Plaintiff Cherish M. Smith

12  ("Plaintiff") and Defendant The Procter & Gamble Company ("Defendant") have previously

13  stipulated to extend Defendant's time to answer, move, or respond to Plaintiff's Amended

14  Complaint to February 1, 2013 (Doc. 38);

15      WHEREAS, other previous time modifications in this case include a Stipulation

16  Extending Defendant's Time to Answer, Move, or Respond to Complaint to March 29, 2012

17  (Doc. 11), dated February 28, 2012; a Joint Stipulation and Order for Stay (Doc. 25), dated April

18  10, 2012; a Stipulation Extending Defendant's Time to Answer, Move, or Respond to Amended

19  Complaint to December 1, 2012 (Doc. 35), dated November 5, 2012; and a Joint Stipulation and

20  Order Postponing Case Management Conference to January 15, 2013 (Doc. 37), dated November

21  19, 2012;

22      WHEREAS, the requested postponement of the case management conference will not

23  otherwise affect the schedule for the case.

24      IT IS HEREBY STIPULATED by and between the parties, through their respective

25  counsel, that the case management conference scheduled on January 15, 2013, be postponed to

26  February 26, 2013, and that a joint case management statement shall be filed no later than

27  February 19, 2013.

28      **IT IS SO STIPULATED.**

1

2   Dated: January 3, 2013           /s/ Benjamin M. Lopatin
                                     Benjamin M. Lopatin (State Bar No. 281730)
3                                    LAW OFFICES OF HOWARD W.
                                     RUBINSTEIN, P.A.
                                     One Embarcadero Center, Suite 500
4                                    San Francisco, CA  94111
                                     Telephone (888) 560-4480, ext. 2
5                                    Facsimile (415) 692-6607

6                                    *Attorney for Plaintiff Cherish M. Smith*

7

8   Dated: January 3, 2013           /s/ Kevin D. Boyce
                                     Lara T. Kollios (State Bar No. 235395)
9                                    lkollios@jonesday.com
                                     JONES DAY
10                                   555 California Street, 26th Floor
                                     San Francisco, CA 94105
11                                   Telephone: (415) 626-3939
                                     Facsimile: (415) 875-5700

12                                   Hugh R. Whiting (admission *pro hac vice*)
                                     hrwhiting@jonesday.com
13                                   Kevin D. Boyce (admission *pro hac vice*)
                                     kdboyce@jonesday.com
14                                   JONES DAY
                                     North Point
15                                   901 Lakeside Avenue
                                     Cleveland, OH  44114
16                                   Telephone:    (216) 586-3939
                                     Facsimile:    (216) 579-0212
17
                                     *Attorneys for Defendant*
18                                   *The Procter & Gamble Company*

19

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21  Dated: January 4            , 2013

22                                   Magistrate Judge Elizabeth D. Laporte

23

24

25

26

27

28

1    Dated: January 3, 2013                    Respectfully submitted,

2                                              Jones Day

3

4                                              By: /s/ Kevin D. Boyce
                                                   Kevin D. Boyce
5
                                               Counsel for Defendant
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Kevin D. Boyce, attest that I obtained the concurrence of Benjamin M. Lopatin in the filing of this document.  I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed this 3rd day of January, 2013, in Cleveland, Ohio.


Dated: January 3, 2013                                  JONES DAY,


By: /s/ Kevin D. Boyce_____
       Kevin D. Boyce

Attorneys for Defendant
THE PROCTER & GAMBLE CO.