IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISH M SMITH, | No. C -12-00557 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| THE PROCTER AND GAMBLE CO., | |
| Defendant. | |

The Court has reviewed the parties' March 21, 2013 letter regarding the status of this case, which has been stayed. No later than September 30, 2013, the parties shall file a joint statement regarding the status of this case.

IT IS SO ORDERED.

Dated: March 22, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge