| | |
|---|---|
| Lin W. Kahn (State Bar No. 261387)<br>linkahn@jonesday.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone:    (415) 875-5844<br>Facsimile:    (415) 875-5700<br><br>Hugh R. Whiting (admission *pro hac vice*)<br>hrwhiting@jonesday.com<br>Kevin D. Boyce (admission *pro hac vice*)<br>kdboyce@jonesday.com<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114<br>Telephone:    (216) 586-3939<br>Facsimile:    (216) 579-0212<br><br>Attorneys for Defendant<br>THE PROCTER & GAMBLE CO. | Benjamin M. Lopatin (State Bar No. 281730)<br>THE LAW OFFICES OF<br>HOWARD W. RUBINSTEIN, P.A.<br>One Embarcadero Center, Suite 500<br>San Francisco, CA 94111<br>Telephone:    (800) 436-6437<br>Facsimile:    (415) 692-6607<br><br>Attorneys for Plaintiff<br>CHERISH M. SMITH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERISH M. SMITH, as an individual, and on behalf of all other similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>THE PROCTER & GAMBLE CO., a Ohio corporation doing business as CREST,<br><br>   Defendant. | **Case No. 3:12-cv-00557-EDL**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff Cherish M. Smith and Defendant The Procter & Gamble Company (collectively, the "Parties"), through their duly authorized undersigned counsel, hereby stipulate and agree that this case be dismissed with prejudice.  On January 30, 2013, the Parties filed a Joint Stipulation for Stay Pending Final Approval of Settlement Agreement ("Stipulation"), which stipulated that upon final approval of a nationwide class action settlement agreement in a substantially similar action in federal court in the District of New Jersey, *Rossi v. The Procter & Gamble Company*,

1   Case No. 2:11-cv-07238-JLL-MAH (D.N.J.), this case should be dismissed with prejudice. The
2   *Rossi* Court granted final approval on October 3, 2013, and the Third Circuit Court of Appeals
3   dismissed the sole objector's appeal on March 21, 2014. Wherefore, the Parties now request that
4   this case be dismissed with prejudice as contemplated in the Parties' Stipulation.

5   **IT IS SO STIPULATED.**

Dated: April 21, 2014

/s/ Benjamin M. Lopatin
Benjamin M. Lopatin (State Bar No. 281730)
LAW OFFICES OF HOWARD W.
RUBINSTEIN, P.A.
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone (888) 560-4480, ext. 2
Facsimile (415) 692-6607

*Attorney for Plaintiff Cherish M. Smith*

Dated: April 21, 2014

/s/ Kevin D. Boyce
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 875-5844
Facsimile: (415) 875-5700

Hugh R. Whiting (admission *pro hac vice*)
hrwhiting@jonesday.com
Kevin D. Boyce (admission *pro hac vice*)
kdboyce@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:   (216) 586-3939
Facsimile:   (216) 579-0212

*Attorneys for Defendant
The Procter & Gamble Company*

STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND [~~PROPOSED~~] ORDER

- 2 -

Case No. 3:12-CV-00557-EDL

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: May 1, 2014

*Elizabeth D. Laporte*
Magistrate Judge Elizabeth D. Laporte